## A. F. SALLEY v. FAYETTEVILLE COCA-COLA BOTTLING COMPANY, INC.

(Filed 20 May, 1942.)

APPEAL by defendant from *Bone, J.,* at February Term, 1942, of CUMBERLAND.

*Ellis & Nance for plaintiff, appellee.*
*Rose & Lyon for defendant, appellant.*

PER CURIAM. This is an action for recovery of damages for an injury alleged to have been sustained by reason of a deleterious substance in a soft drink bottled by defendant.

Upon examination of the record, and after giving due consideration to the arguments of counsel, we find no sufficient cause to disturb the result of the trial. No new principles are involved, and the case is disposed of without opinion. We find

No error.